FILED

2021 Mar-15  PM 04:14
U.S. DISTRICT COURT
N.D. OF ALABAMA

Pro Se 14 (Rev. 09/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA

James William Sales 278544
_____
**Plaintiff**
*(Write your full name. No more than one plaintiff may be named in a complaint.)*

-v-

See Attached
_____
**Defendant(s)**
*(Write the full name of each defendant who is being sued. If the names of all of the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here. Your complaint may be brought in this court only if one or more of the named defendants is located within this district.)*

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. 2:21-CV-388-AKK-JHE
*(to be filled in by the Clerk's Office)*

# COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
**(Prisoner Complaint)**

NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee of $400.00 or an Application to Proceed *In Forma Pauperis*.

Mail the original complaint and the filing fee of $400.00 or an Application to Proceed *In Forma Pauperis* to the Clerk of the United States District Court for the Northern District of Alabama, Room 140, Hugo L. Black U.S. Courthouse, 1729 5th Avenue North, Birmingham, Alabama 35203-2195.

I.      **The Parties to this Complaint**

A.      **The Plaintiff**

Provide the information below for the plaintiff named in the complaint.

Name                      JAmes william Sales 278544
All other names by which
you have been known:                   278544
ID Number                 278544
Current Institution       william E Donaldson
Address                   100 warrior lAne
                          Bessemer          A\        35023
                            *City*          *State*   *Zip Code*

B.      **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed

Defendant No. 1

Name                      (LT.) CArl . SAnders
Job or Title *(if known)* LT.
Shield Number
Employer                  the State of AlAbAmA
Address                   100 warrior lAne   williAm E Donaldson
                          Bessemer          Al        35023
                            *City*          *State*   *Zip Code*
                          ☑ Individual Capacity   ☑ Official Capacity

Defendant No. 2

Name                      (SGT.) Corbin D. Tunstall
Job or Title *(if known)* SGT.
Shield Number
Employer                  the State of AlAbAmA
Address                   100 warrior lAne   williAm E DonAlndson
                          Bessemer          Al        35023
                            *City*          *State*   *Zip Code*
                          ☑ Individual Capacity   ☑ Official Capacity

Defendant No. 3

Name _K. Petters_

Job or Title *(if known)* _Warden - superintendant_

Shield Number

Employer _the state of Alabama_

Address _100 warrior lane William E Donaldson_

_Bessemer_                    _Al_            _35023_
    *City*                           *State*            *Zip Code*

☑ Individual Capacity    ☑ Official Capacity

Defendant No. 4

Name _R Gain_

Job or Title *(if known)*

Shield Number

Employer _The Stat of Alabama_

Address _100 warrior lane William E Donaldson_

_Bessemer_                    _Al_            _35023_
    *City*                           *State*            *Zip Code*

☑ Individual Capacity    ☑ Official Capacity

## II.   Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal law]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A.   Are you bringing suit against *(check all that apply)*;

☑ Federal officials (a *Bivens* claim)

☑ State or local officials (a § 1983 claim)

B.   Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities, secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

_8th 4th Amendment And 10th (Sec.1) citizens of the_
_United States.)_

C.  Plaintiffs suing under *Bivens* may only recover for violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

See Attached

D.  Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

See ~~~~ Attached

## III.  Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- ☐ Pretrial Detainee
- ☐ Civilly committed detainee
- ☐ Immigration detainee
- ☑ Convicted and sentenced state prisoner
- ☐ Convicted and sentenced federal prisoner
- ☐ Other
  *(explain)*

## IV.  Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.  If the events giving rise to your claim arose outside an institution, describe where and when they arose.

B.  If the events giving rise to your claim arose in an institution, describe where and when they arose.

See Attached

C.   What date and approximate time did the events giving rise to your claim(s) occur?

April 9th Around (1:30 to 3:30) of 2020

D.   What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?*

See Attached

## V.   Injuries

If you sustained injuries related to the events alleged above, describe your injuries in detail.

A broken Plate in my lower right Jaw And A Hernia from Sgt. Corbin D Tunstall kicking coworkers NightStick up my Anus

## VI.   Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

I want 950 thosand dollars from All defendants And (TRO) Placed on All defendants Along with the Charges filed on defendants that Are Attached

**VII.**   **Exhaustion of Administrative Remedies Administrative Procedures**

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A.   Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

William E donaldson

B.   Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☐ Yes

☑ No

☐ Do Not Know

C.   Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover ·some or· all of your claims?

☐ Yes

☑ No

☐ Do Not Know

If yes, which claim(s)?

_____

_____

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☑ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☐ No

E. If you did file a grievance

1. Where did you file the grievance?

   I turn in A handwritten complaint form

2. What did you claim in your grievance?

   Same As Attached

3. What was the result, if any?

   none At this time

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

   there is not A Process So I Just
   Complain And wait

7

F.   If you did not file a grievance:

   1.   If there are any reasons why you did not file a grievance, state them here:

   _____

   2.   If you did not file a grievance but you did inform officials of your claim, state who you
        informed, when and how, and their response, if any:

   _____

3.   Please set forth any additional information that is relevant to the exhaustion of your administrative
     remedies.

   See Attached

   _____

   *(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your
   administrative remedies.)*

## VIII.   Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without
paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in
any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that
it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under
imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had any cases dismissed based on grounds that it was frivolous,
malicious, or failed to state a claim upon which relief may be granted?

☐   Yes

☑   No

If yes, state which court dismissed your case(s), when this occurred, and attach a copy of the order(s) if
possible.

_____

_____

_____

_____

_____

A.  Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☑  Yes

☐  No

B.  If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.  Parties to the previous lawsuit

    Plaintiff(s)   JAmes wllliAmsales 278544

    Defendant(s)   CorbinD Tunstall et Al.

2.  Court *(if federal court, name the district; if state court, name the county and State)*

    northern district of AlAbAmA

3.  Docket or index number

    2:20-CV-0685-AKK-JHE

4.  Name of Judge assigned to your case

    ANNA M MANASCO

5.  Approximate date of filing lawsuit

    don't know At this time

6.  Is the case still pending?

    ☐  Yes

    ☑  No

If no, give the approximate date of disposition. _____

7.  What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

    dismissed without Predudice based farlure to Prosecute

9

**IX.**     **Certification and Closing**

Under Federal Rule of Civil-Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and ( 4) the complaint otherwise complies with the requirements of Rule 11.

**I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.**

**Printed Name of Plaintiff**   James William Sales

**Prison Identification #**   278544

**Prison Address**   100 Warrior lane William E donaldson

Bessemer                              Al              35023

|           |         |            |
|-----------|---------|------------|
| *City*    | *State* | *Zip Code* |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   03-08-2021
                    (Date)

James W Sales 278544

Signature of Plaintiff

On April 9th I was on Suicide risk Observation And I fond A knife in my cell/room then when I cut my self with the ~~knife~~ knife I was sprayed by office Corbin D Tunstall who now is Sgt. Tunstall Six Times 3 times from 2 Large cans of mase for longer then 3 Seconds then I ~~was~~ was pull out of the S-dorm Suicide obeovation cell/Room 5 By officers John E Rodgers And C. Sutten to be taken to the Medical health care unit to take A Shower to get mase off me once I was in Area in between R And U dorm infront of the cube/ Observation tower of (RSTU) Sgt. Tunstall who was An officer At that time opened the door to the cube And told the officers that took me out S-5

4 of 15

hold him Right there I was infront
of the cube ~~~~ At this Point officer
C. Sutten said hold on befor yall Do what
you do let me get out of here frist
I said what are they going to do.
to me meaning C. Tunstall ; L. Trell
~~~~ d. Rodgers And ~~~~ R. Gains As soon
As c. sutten was no longer Around I was
Punched in the left side of my Jaw
by C. Tunstall I fell into officer R~~~~. Gain who
Pushed me on the ground And Kicked me
in the mouth Office L. Trell Said
We got to serch ~~~~ him I had on A Smock
because that what you wear on suicide
Risk She open the Smock ~~~~ Pushed
My butt~~~~ Apart And officer R~~~~. Gain
Said ~~~~ Inmate Sales your
Ass hole looks like A Pussy

5 of 15

Officer John E Rodgers took his ~~night~~ night stick And gave it to C. Tunstall who then Placed it in my Anus And kicked it up inside of me I was then Pulled up off the floor And the night stick was Pulled out of my Anus thats when LT. C. SAnders walk in the Rtus And Slaped me two times in the face And Punched me ~~two~~ times in the face

Date 3-2-21

Signed ~~James Sales~~ 278544

JAmes williAm sAles 278544

6 of 15

Complaint Notion to Adoc./PREA/INI

I James william sales 278544 want the following
Charges filed on officers Corbin Tunstall (§ Gt.),
(LT) Carl Sanders, L. Trell, R. Gains, Aggravated stalking,
& Assault 2nd, Sexual Abuse 1st, Sodomy 1st, Tortute /
willful Abuse, HArassment and HArssing communication
Sexual Torture, Rape 1st, Rape 2nd And use of pepper
Spray, etc. in commission of crime

Listed below is the code these charges
fall under

13A-627

13A-691
13A-6-21
13A-6-67
13A-6-64

26-15-3
13A-6-66
13 A-6-65.1
13A-6-63

Date march 1st 2021
Signed James Sales 278544

7 of 15

# ADOC

## DEPARTMENT OF CORRECTIONS

## RECEIPT OF MEDICAL EQUIPMENT/APPLIANCE FORM

I, __Scales James__                     __278544__
   (Print Name)                                    (Doc#)

acknowledge receipt of the following medical equipment or appliance:

(   )   Splint

(   )   Eyeglasses

(   )   Dentures

(   )   Prothesis     describe _____

(   )   Wheelchair

(   )   Cane

(   )   Crutches

( X )   Other        describe __Hernia Belt (medium)__

I acknowledge that the equipment/appliance is functional for my use.

I also acknowledge the equipment/appliance is in good working condition.

_____        __3·2·21__
(Inmate)                           (Date)

_____        __3·2·21__
(Witness)                         (Date)

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | R/S | FAC. |
|---|---|---|---|---|
| Scales James | 278544 | 7·1991 | B/m | WDK |

8 of 15

# Alabama Department of Corrections
## Sick Call Request



**Reason for Sick Call Request:** On April 9th 2020 I WAS Assualted And beat on in handcuffs A corbin Tunstall kicked One of his coworkers night stick ~~~~ up my Anus I ~~~ have been having Problems with the Left side Area beside my Penis I'm in Pain Please help me

Name (print): JAmes SAles   AIS #: 278544   Date of Birth: 07-09-91

Institution: donaldson   Housing Area: J-7   Date: 3-1-21

Sick Call Form Collected by Health Staff: _____ (initials) Title: _____ Date: _____ Time: _____

---

**Request Triaged** (check as appropriate):

A. _____ Sick Call Nurse Encounter Not Required
   - (1) _____ Referring to Chronic Care Manager
   - (2) _____ Written Response/Instruction Being Provided

B. _____ Nurse Sick Call Encounter Required
   - (1) _____ Bring to HCU at this time for further evaluation
   - (2) _____ **Evaluate** in next scheduled Nurse Sick Call Clinic

Signature/Title:                                        Date:

---

**Sick Call Encounter** (Nurse Evaluation Tool Completed):

1 _____ Resolved by Nurse Encounter       2 _____ Referral for follow up required; to be scheduled

**Co-Pay Fee Incurred:**
- _____ $4.00 - Nurse
- _____ $4.00 – OTC(s); **If Restrictive Housing**-no OTC charge
- _____ $4.00 – **Scheduled but Refused Encounter**

- (a) _____ Medical Provider
- (b) _____ Dental Clinic
- (c) _____ Mental Health Services
- (d) _____ Other: _____

---

James Sales                    278544

Inmate Name                                         AIS#

ADOC-OHS form E-7 (a) 022013   Distribution: Original (page 1)-Inmate Health Record
CP7166AL                       Copy (page 3)-retained by inmate
Issued 10/2013, Revised 11/2014   Copy (page 2)-inmate post health review

9 of 15

HIPAA COMPLIANT AUTHORIZATION FOR RELEASE OF MEDICAL/PSYCHIATRIC/SUBSTANCE
ABUSE-ARREST/CRIMINAL-CORRECTIONAL/PROBATION/PAROLE/SCHOOL/EDUCATION-LITIGATION-
EMPLOYMENT/INCOME/RECORDS AND INFORMATION

DIRECTED TO: the office of the Clerk of northern district

I, James William Sales ____, DATE OF BIRTH 07-09-1991
and Social Security Number: 422 37 9014 ____, do hereby Authorize the Release of any information, including
Registration information, Admission and Discharge summaries, History & Physicals, Consultation reports. Operative reports.
Laboratory reports, Pathology reports, Diagnostic reports, emergency room records, (including copies) as well as any other reports,
evaluations, testing assessments, histories, examinations, notes, prescriptions, treatment plans and instructions, limitations or any
other form of document relating to the diagnosis and/or treatment of any real or suspected conditions, including, but not limited to
medical, psychiatric, psychological, substance abuse, communicable diseases such as HIV/AIDS and sexually related disorder, which
is under your care, custody or control, pertaining to myself or any other person for whom I may legally consent.

I do further Authorize the Release of any form of Arrest or Criminal Records, Correctional or Probation and/or Parole Records or
information in the possession of any community, city, county, state or federal penal institution, including juvenile facilities, medical
facilitates, mental health facilities, substance abuse treatment facilities and any court of probation or parole department. It is my
intention that this authorization include any and all information contained in my Central File, Unit File, Classification File, Grievance
File, Gang Classification File, Medical Service File, Counseling, Education or to the Treatment file or Probation/Parole Case or
Supervision File including: Travel Cards, Incident reports, Disciplinary Reports, Educational or Training Records, Diagnostic,
Assessment or Treatment records or Progress Reports for any Medical, Psychiatric or Educational services or other documents, data,
reports, offense information (reports, summaries, records, statements, documents, notes), case file documents or notes and/or
reports or any other form of information.

I do hereby further Authorize the Release of any Litigation or Attorney files records, and materials concerning my presentation in
any and all criminal or civil matters, whether pending or closed. This release covers all materials in the possession of my attorney
and/or his agents including, but not limited to: all files, memoranda, records, (Including medical, psychiatric, substance abuse,
school, employment criminal and military records); statement by witnesses or myself; whether given orally taped or in writing; and
notes (including investigative and research notes: and note of meetings and telephone conversations concerning my representation.

I do hereby further authorize the Release of any form of Employment Records application, hiring, disciplinary or termination
documents, data, reports, evaluations, as well as any accident or incident information or other employment file documents and/or
reports or any other employment form of information pertaining to my present and/or previous employment history,
unemployment, worker's compensation, Social Security Earnings information.

I do hereby further authorize the release of any form of income or financial records, including; payroll or earnings information,
banking, checking, savings or loan deposit, withdrawal or payment records; and any tax records or filings submitted to any State or
Federal Internal Revenue Service or tax office.

I do hereby Authorize the Department of Human Resources and or protective services as relates to my representative any and all
information records, documents or reports that they have in their possession concerning myself or my child(ren), including but not
limited to any medical psychological, criminal history, educational or other reports contained in their case records. I understand that
any information that would identify any reporter of any compliant of alleged and/or neglect will be redacted from the material
related pursuant to this authorization. I EXPRESSLY WAIVE, RELEASE, AND DISCHARGE THE DEPARTMENT AND ITS OFFICERS AND
EMPLOYEES FROM ANY CAUSE OF ACTION OR CLAIMS ARISING FROM ANY DISCLOSURE OF INFORMATION OR RELEASE OF
CONFIDENTIAL RECORDS, PURSUANT TO THIS AUTHORIZATION.

Purpose: to Show Proff of rights being violated

Revocation: This consent will expire 2022 ____ from the fulfillment of this request by the provider unless revoked by
me in writing. Copies of this request for information shall be treated as an original. Information provided pursuant to this request
may be used or red-disclosed by the recipient and no longer protected by the federal privacy regulations.

All records should be released immediately upon request to: Release James
William Sales And Attorney

_[signature]_ Signed this 5 of March, 2021
(Signature)

IN The DISTRICT OF NORTH ALABAMA

James William Sales
~~PETITIONER~~ Plantiff

VS.

STATE OF AlABAMA

RESPonDenT

Case # _____

## MOTION FoR APPoINTMENT OF COUNSEL

Comes now the Petitioner by wAy of Pro se litigation And with the assistance of lay counsel respectfully moves this Honorable court to Appoint counsel for Prosecution Assistance

Proceedings Pursuant to Martinez v. Ryan, 566 U.s. 1 (2012) 1542-23 of the code of Alabama 1975 And Rule 32.7 (C) of the Alabama Rules of Procedure And the ~~Petitioner~~ Plantiff will show the following in support:

1. The Plantiff is unlearned in the law And needs An effective Attorney to Present his claims in Accordance with State Procedural rules

2. The Plantiff is unlearned in the law And mAy misApprehend the substantive detAils of federal constitutional law

3. Plantiff is unlearned in the law he is illequipped to Represent himself And is in need of counsel

for the reasons cited Above the Plantiff respectfully request this district of north Alabama Appoint Counsel in this Claim so relief can be reached for Plantiff

Respectfully Submitted

James William Sales
AIS#278544   Bed#U7
100 Warrior lane
Bessemer, Alabama, 35023

CERTIFICATE of SERVICE

I hereby certify that I served of the foregoing MOTION FOR APPOINTMENT OF Counsel, on the State of Alabama by Placing said in the United States Mail Postage Prepaid And Propely Addressed this 5th day of March 2021

James m sales 278544

TO: Warden Petters ; Warden Smith ; Captain Johnson ;

Captain Scott .

From: James William Sales AIS# 278544   Bed# U7

Re: Formal Complaint against SGT. Corbin D Tunstall, about being in violation of Admin. Reg. 208; Admin Reg. 327; Assault 3rd degree in violation of §13A-6-22 by Officers and Guards; Failure to discharge duties; other violations of §14-11-4.

Date 03-05-2021

## COMPLAINT

I James William Sales , respectfully submit this complaint of "Employee Standards of Conduct" pursuant to Admin. Reg. 208 & 327 and all applicable provisions of Title §13A-6-22 and §14-11-4, of the Code of Alabama 1975, based on the unauthorized conduct of Officers Sgt. Corbin D Tunstall , as related in the following sworn statements.

On the 9th day of April , 2020 Officer/Guard Sgt. Corbin D Tunstall , violated the following provisions of AR 208, 327 and §13A-6-22 & §14-11-4, of the Alabama 1975.

1. At AR 208, Section V (A)(7) which provides: All ADOC employees shall adhere to the following standards: (2) Render full, efficient, and industrious service; (4) Exercise courtesy and tact; (7) Observe all laws, rules and regulations; (8) Uphold, with integrity, the public's trust involved in the position.

At AR 208, Section V (B) provides: Each employees conduct shall, at all times, be consistent with the maintenance of proper security and welfare of the institution and of the inmates under his/her supervision.

At AR 208, Section V (C) provides: Employees shall not: (4) Use profane, abusive, or threatening langauge in communication with other employees, the public, or when supervising inmates; (17) Apply physical force to an inmate, except and only to the degree that is reasonably

1

necessary in self-defense, to prevent an escape, to prevent an injury to a person or the destruction of property, to quell a disturbance, or to restrain an inmate who exercise physical resistance to a lawful command.

Also see AR 327 which defines excessive force as "[t]he amount of force which is beyond the need and circumstances of the particular event, or which is not justified in light of all of the circumstances[,]"; and provides that the application of physical force "[m]ust be reasonable and necessary under the circumstances[,] ... [s]hall be only the minimum amount necessary to control the situation or achieve a legitmate correctional objective[,] ... [s]hall never be used as punishment[,] ... [s]hall be dependent upon the inmate's action or non-action[,] ... [s]hall be determined on a case by case basis and the employee using or authorizing force will be required to justify the action taken[,] ... [a]nd will stop when resistance offered by the inmate ceases and the inmate is under control and placed in appropriate restraints."

§13A-6-22 states: "Assault; third degree.

(a) A person commits the crime of assault in the third degree if:

(1) With intent to cause physical injury to another person, he causes physical injury to any person; or

(2) He recklessly causes physical injury to another person; or

(3) With criminal negligence he causes physical injury to another person by means of a deadly weapon or a dangerous instrument; or

(4) With intent to prevent a peace officer from performing a lawful duty, he causes physical injury to any person." and §14-11-4 states:

[Officers and guards; failure to discharge duties; other violations. Any guard or any person having the charge, management or control of any convict who fails to discharge any of the duties imposed upon him by law or in any other way violates any of the provisions of law regulating or governing the inspection, treatment, confinement, working or guarding or the charge, management or control of convicts, state or county, when no other punishment is provided for such failure in duty or violation of law, must, on conviction, be fined not more than $1000.00, and may also be imprisoned in the county jail or sentenced to hard labor for the county, for not more than 12 months.]

2

## STATEMENT OF THE FACTS

On April 9th of 2020 I James William Sales was Sexauly Assauted while in handcuffs And Beaten in the (RSTU) Hall way of William E Donaldson Prison By officer Corbin D Tunstall who is now Sgt. Corbin - D Tunstall by him Placing one of his coworkers Metal night Stick in Side my Anus And Kicking it inside my body I now have A Hernia Because his Actions

## REQUEST FOR RELIEF

I respectfully request that you conduct an investigation into the actions of the Officers listed above. I want this matter turned over to the Jefferson County District Attorneys Office for the (Bessemer Division) of Jefferson County for the commencement of criminal proceedings for the above violations of the Code of Alabama 1975.

Respectfully Submitted,

James William Sales

AIS# 278544   Bed # U 7
100 Warrior Lane
Bessemer, AL 35023

cc: State Personnel Department
Federal Bureau of Investigation (FBI)
Attorney Generals Office (Alabama)

## SWORN VERIFICATION

Before me the undersigned authority, a Notary Public, in and for said County and State of Alabama at large personally appeared before me James William Sales ___, who being known to me and duly sworn by me, states under oath that the foregoing statements are true and correct.

On this 5th day of March ___, 2021

James w Sales 278544

_____          _____

Notary Pubile                                    My Commission Expires

4

TO: Warden Petters____; Warden Smith____; Captain Johnson____;

Captain Scott____.

From: James Sale____ AIS# 278544   Bed# U-7

Re: Formal Complaint against LT. Carl Sanders____, about being in violation of Admin. Reg. 208; Admin Reg. 327; Assault 3rd degree in violation of §13A-6-22 by Officers and Guards; Failure to discharge duties; other violations of §14-11-4.

Date: 03-05-2021

## COMPLAINT

I James William Sales____, respectfully submit this complaint of "Employee Standards of Conduct" pursuant to Admin. Reg. 208 & 327 and all applicable provisions of Title §13A-6-22 and §14-11-4, of the Code of Alabama 1975, based on the unauthorized conduct of Officers L T. Carl Sanders____, as related in the following sworn statements.

On the 9th day of April____, 2021 Officer/Guard LT. Carl Sanders____, violated the following provisions of AR 208, 327 and §13A-6-22 & §14-11-4, of the Alabama 1975.

1. At AR 208, Section V (A)(7) which provides: All ADOC employees shall adhere to the following standards: (2) Render full, efficient, and industrious service; (4) Exercise courtesy and tact; (7) Observe all laws, rules and regulations; (8) Uphold, with integrity, the public's trust involved in the position.

At AR 208, Section V (B) provides: Each employees conduct shall, at all times, be consistent with the maintenance of proper security and welfare of the institution and of the inmates under his/her supervision.

At AR 208, Section V (C) provides: Employees shall not: (4) Use profane, abusive, or threatening langauge in communication with other employees, the public, or when supervising inmates; (17) Apply physical force to an inmate, except and only to the degree that is reasonably

1

necessary in self-defense, to prevent an escape, to prevent an injury to a person or the destruction of property, to quell a disturbance, or to restrain an inmate who exercise physical resistance to a lawful command.

Also see AR 327 which defines excessive force as "[t]he amount of force which is beyond the need and circumstances of the particular event, or which is not justified in light of all of the circumstances[,]"; and provides that the application of physical force "[m]ust be reasonable and necessary under the circumstances[,] ... [s]hall be only the minimum amount necessary to control the situation or achieve a legitmate correctional objective[,] ... [s]hall never be used as punishment[,] ... [s]hall be dependent upon the inmate's action or non-action[,] ... [s]hall be determined on a case by case basis and the employee using or authorizing force will be required to justify the action taken[,] ... [a]nd will stop when resistance offered by the inmate ceases and the inmate is under control and placed in appropriate restraints."

§13A-6-22 states: "Assault; third degree.

    (a) A person commits the crime of assault in the third degree if:

        (1) With intent to cause physical injury to another person, he causes physical injury to any person; or

        (2) He recklessly causes physical injury to another person; or

        (3) With criminal negligence he causes physical injury to another person by means of a deadly weapon or a dangerous instrument; or

        (4) With intent to prevent a peace officer from performing a lawful duty, he causes physical injury to any person." and §14-11-4 states:

[Officers and guards; failure to discharge duties; other violations. Any guard or any person having the charge, management or control of any convict who fails to discharge any of the duties imposed upon him by law or in any other way violates any of the provisions of law regulating or governing the inspection, treatment, confinement, working or guarding or the charge, management or control of convicts, state or county, when no other punishment is provided for such failure in duty or violation of law, must, on conviction, be fined not more than $1000.00, and may also be imprisoned in the county jail or sentenced to hard labor for the county, for not more than 12 months.]

2

## STATEMENT OF THE FACTS

On April 9th LT. Carl ~~Brom~~ Sanders walked
in the RSTU Hallway After I had
Already been beaten while in handcuffs
by Offecer corben D Tunstall And
Sexauly Assaulted by him Kicking one
of his coworkers meTal night Stick
up my Anus And Punched me two
times in the face And Slaped me
the result of this I now have A
broken Plate on the low right Side
of my JAW that MAKes it hard
for me to chew food At times

3

## REQUEST FOR RELIEF

I respectfully request that you conduct an investigation into the actions of the Officers listed above. I want this matter turned over to the Jefferson County District Attorneys Office for the (Bessemer Division) of Jefferson County for the commencement of criminal proceedings for the above violations of the Code of Alabama 1975.

Respectfully Submitted,

James William Sales
AIS# 2 T85 44    Bed # U-7
100 Warrior Lane
Bessemer, AL 35023

cc: State Personnel Department
    Federal Bureau of Investigation (FBI)
    Attorney Generals Office (Alabama)

## SWORN VERIFICATION

Before me the undersigned authority, a Notary Public, in and for said County and State of Alabama at large personally appeared before me James William Sales           , who being known to me and duly sworn by me, states under oath that the foregoing statements are true and correct.

On this 5th day of March              , 202 .

_____          _____

Notary Pubile                                My Commission Expires

4