Case: 2:21-cv-00388-AKK-JHE Document #: 3-1 Date Filed: 03/25/2021 Page 3 of 3
Case 2:21-cv-00388-AKK-JHE Document 4 Filed 04/05/21 Page 1 of 2
FILED
2021 Apr-05 PM 02:25
U.S. DISTRICT COURT
N.D. OF ALABAMA

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | |
|---|---|
| JAMES WILLIAM SALES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.: 2:21-cv-00388-AKK-JHE |
| | ) |
| LT. CARL SANDERS, et al., | ) |
| | ) |
| Defendants. | ) |

2021 APR -5 P 12: 51
U.S. DISTRICT COURT
N.D. OF ALABAMA

**PRISONER CONSENT FORM**

I hereby authorize the agency having custody of me ("the agency") to collect from my prison and/or jail account and forward to the Clerk of the United States District Court for the Northern District of Alabama payments in accordance with 28 U.S.C. § 1915(b) until the full filing fee of $350.00 required to maintain this action is paid.

I authorize the agency to withdraw from my account and send to the District Court Clerk an initial partial payment of $1.78. I UNDERSTAND THAT IT IS MY RESPONSIBILITY TO SEE THAT THE PARTIAL FILING FEE IS PAID. Following payment of this initial partial filing fee, I further authorize the agency to withdraw every month twenty (20) percent of the total deposits above the first $10.00 credited to my prison and/or jail account for the previous month and to remit that amount to the District Court Clerk until the filing fee indicated above has been paid.

I understand that even if I am allowed to proceed *in forma pauperis* (in other words, without having to prepay the full filing fee) and even if my action is later dismissed for any reason, I am obligated to pay to the District Court Clerk the full amount of the filing fee. Additionally, I understand that the Court may enter judgment against me for payment of costs at the conclusion of the action, including any unpaid portion of the required filing fees. If the Court does so, I also authorize the agency to make monthly payments from my account to the District Court Clerk in the manner described above until the full amount of the costs ordered is paid. I UNDERSTAND THAT MY OBLIGATION TO PAY THE FILING FEE IN FULL, SHALL REMAIN IN FULL FORCE AND EFFECT, NOTWITHSTANDING ANY DISMISSAL OR TERMINATION OF THE LAWSUIT, UNTIL THE FULL FILING FEE OF $350.00 HAS BEEN PAID.

If I am transferred to another prison, jail, or custodial agency, I hereby consent that this authorization will continue to apply, and the new prison, jail, or custodial agency shall assume the duties of collecting and forwarding any remaining monthly payments to the District Court Clerk.

3-29-2021
Date

James William Sales
Plaintiff's signature

278544
Prisoner identification number

3

James William Sales 278544
William E Donaldson CF
100 Warrior Lane
Bessemer Al, 35023

BIRMINGHAM AL 350
2 APR 2021 PM 3

US POSTAGE $000.51°
APR 02 2021
MAILED FROM ZIP CODE 35023

SECURITY
APR 05 2021
U.S. DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA

Office of Clerk
U.S. States District Court
Northern District of Alabama
Hugo L. Black United States Courthouse
1729 5Th Avenue North
Birmingham, Al, 35203-2037

35203-203799

**LEGAL ONLY**