Case 2:21-cv-00388-AKK-JHE Document 5 Filed 04/05/21 Page 1 of 2

3/26/2021

Dragon Dot-to-Dot Puzzle | Full Dragon Body 1-98

FILED
2021 Apr-05 PM 02:26
U.S. DISTRICT COURT
N.D. OF ALABAMA

Be that this is All I could find to write on to this Court I Am Asking Did the court get All my Papers Being I was not Responded to About Plaintiff's Request to be given Legal help in order to be equipped to Present Claim And was my HIPPIA form Granted if so can the court move A DOC to Give Plaintiff the infomation he need At his request, As well As did court get my other Papers Showing the results of ASSAult of April 9th 2020

Signed James William Sales 278544

done This day 29th of march

James William Sales 278544
William E Donaldson CF
100 Warrior Lane
Bessemer Al, 35023

[postmark: BIRMINGHAM AL 350 / 2 APR 2021 PM 3]
[postage: $000.51 APR 02 2021 ZIP 35023]

Office of Clerk
U.S. District Court
Northern District of Alabama
Hugo L. Black United States Courthouse
1729 5th Avenue North
Birmingham, Al, 35203-2037

35203-203799

[stamp: RECEIVED APR 05 2021 U.S. DISTRICT COURT NORTHERN DISTRICT OF ALABAMA]

**LEGAL ONLY**