State of Alabama
Department of Corrections
Central Records Office
P.O. Box 301501
Montgomery AL 36130



Office of Clerk,
United States District Court
Northern District Alabama
Hugo L. Black U.S. Courthouse
1729 5th Ave. North
Birmingham, AL 35203-2037

3520382037 C006

OFFICE OF
CLERK, UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
HUGO L. BLACK UNITED STATES COURTHOUSE
1729 5TH AVENUE NORTH
BIRMINGHAM, ALABAMA 35203-2037

OFFICIAL BUSINESS

CENTRAL RECORDS

3502387299 R005

Case: 2:21cv388

James William Sales 278544
William E. Donaldson
100 Warrior Lane
Bessemer, AL 35023

----------------------------------------  ----------------------------

Case 2:21-cv-00388-AKK-JHE   Document 9   Filed 06/17/21   Page 3 of 6
Case 2:21-cv-00388-AKK-JHE   Document #: 6-1   Date Filed: 04/26/2021   Page 1 of 2
FILED
 2021 Apr-26  AM 10:1
 U.S. DISTRICT COURT
 N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JAMES WILLIAM SALES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.: 2:21-cv-00388-AKK-JHE |
| | ) |
| LT. CARL SANDERS, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

The plaintiff has moved for appointment of counsel. (Doc. 1 at 18-19). However, no constitutional right to counsel exists in a civil case. *Bass v. Perrin*, 170 F.3d 1312, 1320 (11th Cir. 1999). The appointment of counsel in a civil matter is a privilege justified only by exceptional circumstances, such as novel or complex litigation. *Fowler v. Jones*, 899 F.2d 1088, 1096 (11th Cir. 1990); *Vickers v. Georgia*, 567 Fed. App'x 744, 749 (11th Cir. 2014). The plaintiff's claims are neither novel nor complex and, therefore, appointment of counsel is not warranted at this time. Accordingly, the motion for appointment of counsel is **DENIED** without prejudice.

The plaintiff has executed an authorization for release of his medical records. (Doc. 1 at 17). The plaintiff requests that the court direct the Alabama Department of Corrections to release his medical records concerning the alleged assault on April 9, 2020, which the undersigned will construe as a motion for discovery. (Doc. 5).

Under the Prison Litigation Reform Act, as partially codified at 28 U.S.C. § 1915A, this court is required to screen complaints filed by prisoners against officers or employees of governmental entities and to dismiss the complaint or any portion of the complaint found to be frivolous, malicious, to fail to state a claim upon which relief can be granted, or to seek monetary

relief from a defendant who is immune from such relief. If the court finds that the plaintiff has sufficiently stated a claim pursuant to 28 U.S.C. § 1915A, the magistrate judge will enter an Order for Special Report, directing the Clerk to send the named defendants a copy of the complaint and requesting the defendants to submit a Special Report concerning the factual allegations made by the plaintiff in his complaint. The defendants' Special Report must also include a clear and legible copy of all documents relevant to the claims or defenses asserted in the action, including all incident reports, disciplinary reports, classification or custody records, and medical records as may bear directly on the claims or defenses asserted.

The court has not yet determined the sufficiency of the plaintiff's complaint, and therefore the plaintiff's motion for discovery is premature. Accordingly, the plaintiff's motion for discovery is **DENIED** without prejudice.

The Clerk is **DIRECTED** to serve a copy of this Order on the plaintiff, along with a copy of the docket sheet.

DONE this 26th day of April, 2021.

**JOHN H. ENGLAND, III**
UNITED STATES MAGISTRATE JUDGE

# U.S. District Court
## Northern District of Alabama (Southern)
### CIVIL DOCKET FOR CASE #: 2:21-cv-00388-AKK-JHE
#### Internal Use Only

Sales v. Sanders et al
Assigned to: Judge Abdul K Kallon
Referred to: Magistrate Judge John H England, III
Cause: 42:1983 Prisoner Civil Rights

Date Filed: 03/15/2021
Jury Demand: None
Nature of Suit: 555 Prisoner Petition (Prison Condition)
Jurisdiction: Federal Question

**Plaintiff**

James William Sales     represented by   **James William Sales**
278544
William E. Donaldson
100 Warrior Lane
Bessemer, AL 35023
PRO SE

V.

**Defendant**

**Lt Carl Sanders**

**Defendant**

**Sgt. Corbin Tunstall**

**Defendant**

**K Petters**
*warden*

**Defendant**

**R Gain**

| Date Filed | # | Docket Text |
|---|---|---|
| 03/15/2021 | 1 | COMPLAINT against R Gain, K Petters, Carl Sanders, Corbin Tunstall, filed by James William Sales.(AKD) Modified on 4/26/2021 (MEB2). (Entered: 03/15/2021) |
| 03/15/2021 | 2 | MOTION for Leave to Proceed in forma pauperis by James William Sales. (AKD) (Entered: 03/15/2021) |
| 03/25/2021 | 3 | ORDER terming motion or declaration for leave to proceed in forma pauperis, plaintiff is required to pay a partial filing fee of $1.78, plaintiff is required to return signed attached consent form within 30 days. Signed by |

| | | |
|---|---|---|
| | | Magistrate Judge John H England, III on 03/25/2021. (AKD) (Entered: 03/25/2021) |
| 03/26/2021 | 🔒 | (Court only) ***Staff notes: Order (doc.3) mailed to pro se plaintiff first class mail. (AKD) (Entered: 03/26/2021) |
| 04/05/2021 | 4 | PRISONER CONSENT FORM filed by James William Sales. (KEK) (Entered: 04/05/2021) |
| 04/05/2021 | 5 | NOTICE of filing: letter to the court by James William Sales. (KEK) (Entered: 04/05/2021) |
| 04/26/2021 | 6 | ORDER- The plaintiffs claims are neither novel nor complex and, therefore, appointment of counsel is not warranted at this time. Accordingly, the motion for appointment of counsel is DENIED without prejudice. The plaintiff requests that the court direct the Alabama Department of Corrections to release his medical records concerning the alleged assault on April 9, 2020, which the undersigned will construe as a motion for discovery. 5 . The court has not yet determined the sufficiency of the plaintiffs complaint, and therefore the plaintiffs motion for discovery is premature. Accordingly, the plaintiffs motion for discovery is DENIED without prejudice. Signed by Magistrate Judge John H England, III on 04/26/2021. (AKD) (Entered: 04/26/2021) |
| 04/26/2021 | 🔒 | (Court only) ***Staff notes: Order (doc.6) and docket sheet mailed to pro se plaintiff first class mail. (AKD) (Entered: 04/26/2021) |