# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **JAMES WILLIAMS SALES,** <br> **AIS #278544** <br><br> **Plaintiff,** <br><br> v. <br><br> **LT. CARL SANDERS, et al.** <br><br> **Defendants.** | ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No. 2:21-cv-00388-AAK-JHE <br> ) <br> ) <br> ) <br> ) <br> ) |

## **RESPONSE TO COURT ORDER**

Comes now the General Counsel for the Alabama Department of Corrections, in accordance with the Order entered by this Court on August 13, 2021, (Doc. 10) and states as follows:

In response to this Order, the General Counsel certifies that James William Sales, AIS#278544 died on April 13, 2021. A copy of the Death Notice is attached hereto as Exhibit 1.

Respectfully submitted on this the 30th day of August 2021.

/s/ Carrie Ellis McCollum
Carrie Ellis McCollum (ELL037) Alabama
Department of Corrections General

**ADDRESS OF COUNSEL:**
Alabama Department of Corrections
Legal Division
301 South Ripley Street
Post Office Box 301501
Montgomery, Alabama 36130-1501
334-353-3885