ABI-25

# DEATH NOTICE

ALABAMA BUREAU OF INVESTIGATION
IDENTIFICATION UNIT
BOX 1511
MONTGOMERY, ALABAMA 36130

DATE: 5-3-21

### ATTENTION: IDENTIFICATION UNIT

Dear Sir:

The following is the record of a death of an individual whose fingerprints are on file in the Identification Unit of the ABI:

**Name (Last, first, middle):** Sales, James William

**Aliases:**

**Sex:** Male

**SID Number:**

**Contributor's No. (Original):** AL003025C

**Date fingerprints submitted:**

**Other identifying information:** AIS# 00278544C
RACE Black
SS# XXX-XX-9014

**Date of birth:** 4-_-91

**Place of birth:** Alabama

**Fingerprint Classification:**

**Date of death:** 4-13-21

**Cause of death:** Natural

**Post Death Notice in Record on Authority of:**
State of Alabama
Department of Corrections
Central Records Office
P.O. Box 301501
Montgomery, AL 36130

**Name:** Alcornelia Young /RB

**Contributor and Address:**

This form can be used by a Law Enforcement Agency when it receives accurate and positive information concerning the death of an individual whose fingerprints are in the file of the ABI. As a general rule in those cases where a Law Enforcement Agency is investigating a death the ten inked impressions should be taken on a regular fingerprint card.

QC'D by MW

EXHIBIT 1