# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **JAMES WILLIAM SALES,** <br> **AIS #278544C,** <br><br> **Plaintiff,** <br><br> v. <br><br> **LT. CARL SANDERS, et al.,** <br><br> **Defendants.** | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) **CASE NO. 2:21-cv-388-AKK-JHE** <br> ) <br> ) <br> ) |

## REPORT OF SERVICE EFFORTS

COMES NOW undersigned counsel for the Defendants and, pursuant to this Court's order of October 1, 2021 (Doc. 12) submits the following:

1. Proof of service to the Jefferson County Clerk's Office – Bessemer Division, which is believed to be the appropriate county administration, on the Order on Suggestion of Death and the Death Notice.

2. Proof of service to the Plaintiff's Aunt, Dorris Cole, Plaintiff's listed next of kin, on the Order on Suggestion of Death and the Death Notice.

Submitted this 16th day of November, 2021.

                               Steve Marshall
                               Attorney General

                               Carrie Ellis McCollum (ELL037)
                               General Counsel

                               /s/ Stephanie Smithee
                               Stephanie Smithee (SMI255)
                               Assistant Attorney General

**ADDRESS OF COUNSEL**
**Alabama Department of Corrections**
**Legal Division**
**301 Ripley Street**
**Post Office Box 301501**
**Montgomery, AL 36130-1501**
**334-353-3857**