## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **JAMES WILLIAMS SALES,** <br> **AIS #278544** | ) <br> ) <br> ) |
| **Plaintiff,** | ) <br> ) |
| v. | ) Case No. 2:21-cv-00388-AAK-JHE <br> ) |
| **LT. CARL SANDERS, et al.** | ) <br> ) |
| **Defendants.** | ) |

### NOTICE OF COMPLIANCE

Comes now the Alabama Department of Corrections, in accordance with the Order entered by this Court on March 24, 2022, (Doc. 14) and states as follows:

In response to this Order, the Alabama Department of Corrections Counsel states that a copy of the Court's Order, Doc. 14 dated March 24, 2022 was mailed via USPS to Ms. Cole on April 11, 2022.

Respectfully submitted this 11th day of April, 2022.

/s/Stephanie L. Smithee
Stephanie L. Smithee(SMI255)
Assistant Attorney General